**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:26-cv-21702-JB**

DASLYN HALL,

        Plaintiff,

v.

TRANS UNION, LLC; CAPITAL ONE
AUTO FINANCE, A DIVISION OF
CAPITAL ONE, N.A.; and
MODERN AUTO SALES, INC.;

        Defendants.

                                    /

**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

    1.      TransUnion's responsive pleading is due on April 9, 2026.

    2.      Plaintiff and Trans Union are actively engaged in case-resolution negotiations.

    3.      Plaintiff does not oppose an extension of Trans Union's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Trans Union files this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for twenty-eight (28) days, to May 7, 2026.

    4.      The Motion is not for delay.

1

5.     This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

6.     For the foregoing reasons, the parties request that the Court issue an order extending the date, to May 7, 2026, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,


*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
**Counsel for Defendant Trans Union, LLC**

2

## **CERTIFICATE OF CONFERENCE**

The undersigned attorney hereby certifies that on March 30, 2026, counsel for Trans Union conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff's counsel is unopposed.

*/s/ Charlotte Long*
Charlotte Long, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte Long
Charlotte Long, Esq.